SEALED

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

**AUG 2 1 2008**

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF : | Criminal No. 708m 394 |
| : | |
| One Hitachi **Desktop Hard drive**, Model : | |
| HDS722525VLAT80, SN C6C993YL : | |
| containing imaged files from five hard drives: | |
| provided by William White to Glenn S. : | |
| Dardick, pursuant to court order in the matter : | |
| of United States of America et al. vs. : | |
| John Crockett Henry. Obtained by the FBI : | |
| pursuant to Grand Jury Subpoena dated : | |
| April 7, 2008. : | |

## MOTION TO SEAL

The United States of America, by and through Julia C. Dudley, Acting United States Attorney for the Western District of Virginia, and Thomas J. Bondurant, Jr., Chief, Criminal Division, moves the Court for an Order sealing the Search Warrant, Affidavit of Special Agent David Church, Federal Bureau of Investigation, and all related documents. In support of this motion the government states the following: (1) The investigation of persons associated with this matter is ongoing and is not public information; (2) The United States anticipates possible covert action against the main target of the investigation; and (3) release of this information would jeopardize this investigation by revealing its nature and direction.

Respectfully submitted,

Julia C. Dudley
Acting United States Attorney

C. Patrick Hogeboom for
Thomas J. Bondurant, Jr.
Chief, Criminal Division
VSB No. 18894

Date: August 19, 2008