

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

```
CLERK'S OFFICE U.S. DISTRICT COURT
    AT ROANOKE VA. - FILED
         AUG 2 1 2008
    JOHN F. CORCORAN, CLERK
BY:          /s/  DEPUTY CLERK
```

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF : | Criminal No. 7O8 m 394 |
| : | |
| One Hitachi **Desktop Hard drive**, Model : | |
| HDS722525VLAT80, SN C6C993YL : | |
| containing imaged files from five hard drives: | |
| provided by William White to Glenn S. : | |
| Dardick, pursuant to court order in the matter : | |
| of United States of America et al. vs. : | |
| John Crockett Henry. Obtained by the FBI : | |
| pursuant to Grand Jury Subpoena dated : | |
| April 7, 2008. : | |

### O R D E R

It is hereby ORDERED that the search warrant, affidavit and all related documents in the above-captioned matter be placed under seal until further order ot the Court.

ENTERED: This 14th day of August, 2008.

James C. Turk
Senior United States District Judge