**SEALED**

AO 93 (Rev. 8/98) Search Warrant

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED
AUG 21 2008
JOHN F. CORCORAN, CLERK
BY: /s/ _____, DEPUTY CLERK

# UNITED STATES DISTRICT COURT

__Western__ District of __Virginia__

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

## SEARCH WARRANT

Premises known as:
**One Hitachi Desktop Harddrive
Model HDS722525VLAT80
SN C6C993YL**

Case Number: 7O8mj394

TO: __FBI Special Agent Bryan A. Emmerson__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __T. David Church, Jr.__ who has reason to believe
                                            Affiant

that ☐ on the person of, or ☒ on the premises known as (name, description and/or

One Hitachi Desktop Harddrive, Model HDS722525VLAT80, SN C6C993YL

in the __Western__ District of __Virginia__ there is now concealed a certain person or property, namely (describe the person or property)

**evidence, fruits, and instrumentalities (See Attachment B of the Affidavit, attached hereto and incorporated by reference).**

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __August 29, 2008__
                                                              Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ in the daytime — 6:00 AM to 10:00 P.M. ☒ at anytime in the day or night as I find reasonable cause has been established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to

__/s/ JAMES C. TURK__ as required by law.
U.S. Judge or Magistrate

__August 19, 2008 at 12:15 PM__ at __Roanoke, Va.__
Date and Time Issued                             City and State

James C. Turk, Senior U.S. District Judge                 /s/ James C. Turk
Name and Title of Judicial Officer                        Signature of Judicial Officer

AO 93      (Rev. 8/98)   Search Warrant (Reverse)

394

| RETURN | Case Number: |
|---|---|
| DATE WARRANT RECEIVED 08/19/2008 | DATE AND TIME WARRANT EXECUTED 08/20/2008 @ 4:00 PM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF N/A | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT | | |

NO INVENTORY COMPLETED. HARD DRIVE HAS BEEN SENT TO RICHMOND FBI CART FOR ANALYSIS.

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_James C. Turk_          _August 21, 2008_
U.S. Judge or Magistrate          Date