UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.   7:08MJ000214 |
| | : | |
| ONE HITACHI DESKTOP HARDDRIVE, | : | |
| MODEL HDS722525VLAT80 | : | |
| | | |
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.   7:08MJ000394 |
| | : | |
| ONE HITACHI DESKTOP HARDDRIVE | : | |

UNITED STATES' MOTION TO REDACT SEARCH WARRANT AND
UNSEAL REDACTED VERSION AND
MOTION TO FILE MEMORANDUM IN SUPPORT UNDER SEAL AND *EX PARTE*

The United States moves to redact the search warrants and accompanying applications and affidavits in these two matters and unseal the redacted version of each document.

The proposed redactions and reasons for the redactions are set forth in the United States' Memorandum in Support, which the United States moves to file under seal and *ex parte* with this Court.

Respectfully submitted,

DANIEL P. BUBAR
Acting United States Attorney


/s/ Jennifer R. Bockhorst
Attorney for United States of America
Tennessee Bar No. 021395

1

U.S. Attorney's Office
180 West Main Street
Abingdon, Virginia 24210
276-628-4161
276-628-7399 (fax)


<u>CERTIFICATE OF SERVICE</u>

I certify on Tuesday, March 9, 2021, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system.

/s/ Jennifer R. Bockhorst